UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

MICHEL THOMAS )
)
)
V. )
)
)
Amazon.com Services, Inc )
Jeff Bezos )
)
)
)
)
)
)
)
)

## COMPLAINT

Come Now Plaintiff, Michel Thomas (an African-American male) is filing this civil action against Amazon.com Services, Inc and Jeff Bezos for race discrimination and retaliation under 42 USC 1981.

Plaintiff was employed by Amazon.com Services, Inc (Amazon) from August 2017 through September 2019. Plaintiff was employed as a stower (storing items in a bin).

## RACE DISCRIMINATION

On March 6th, 2018 Nolan, a Caucasian male and a PA, took all of my smalls items and gave them to other employees, causing Plaintiff not to met his set quotas, while giving them to other employees so that they could achieve their quotas. Plaintiff's co-workers Ana and Larissa informed Plaintiff of this and when Plaintiff approach Nolan and asked him, he confirmed this. This was not done for Plaintiff.

This behavior continued even though Plaintiff raised the issue with Angela Grimes and Will two

1

of Plaintiff's supervisors.

Eric a Caucasian male and supervisor also took all the same items off of Plaintiff pallet and gave them to other employees and so the other employees could achieve their quotas and prevent Plaintiff from reaching its quota resulting in Plaintiff being disciplined for failure to meet Amazon's quotas.

Tim a Caucasian male and PA took Plaintiff small items and gave them to other employees so they could reach their quotas, while preventing Plaintiff from achieving his quota, resulting in Plaintiff being disciplined, which prevented Plaintiff from qualifying to be promoted and move to another area.

Tim also had an employee to take all the small items off of a pallet let the employee store them and then had the pallet sent over for Plaintiff to store the big items, preventing Plaintiff from achieving his quotas resulting in Plaintiff being disciplined.

Shiva a supervisor and Corvin a PA repeatedly permitted Plaintiff's small items to be taken off his pallet and given to other employees Caucasian females, so they could achieve they quotas while preventing Plaintiff from doing so, resulting in Plaintiff being disciplined for failure to meet quotas.

This conduct took place from March 6th, 2018 to March 18th, 2019 which prevented Plaintiff from achieving his quotas and resulted in Plaintiff being disciplined and not qualifying for promotions and transferring to other departments (areas) within Amazon.

Plaintiff repeatedly complained about it and it resulted in Plaintiff being retaliated against by Will, Angela Grimes, and Shiva Plaintiff's supervisors.

Plaintiff reported it to Amazon Human Resources Department and they did nothing.

**RETALIATION**

Plaintiff was one of Amazon's top performers and had not been written up or discipline in any way prior to complaining of race discrimination on March 6th, 2018 and after that Plaintiff was repeatedly but in a position to fail so he could be disciplined, and Plaintiff's supervisor begin isolate Plaintiff so he could not see what was being done to him. Having him work away from his co-workers. Plaintiff's supervisors then begin to attempt to move Plaintiff to another department against his wishes.

After Plaintiff complained of discrimination to his supervisors Will and Grimes on March 6th, 2018 Plaintiff was then disciplined for the first time, for failing to meet his quotas on March 13th, 2018, but Grimes refused to give Plaintiff a copy of the disciplinary action.

Plaintiff was repeatedly disciplined for failing to meet quotas, but this was made possible, by the supervisors and PAs taking Plaintiff's small items, and giving them to other employees, so they could achieve their quotas, this discrimination that led to the retaliation, the supervisors were setting Plaintiff up to fail so they could discipline him.

Supervisors begin to attempt to find ways to get Plaintiff out of their department as a stower. Grimes made Plaintiff train as a picker in an attempt to move Plaintiff out of the stower department. Plaintiff advised Grimes that Plaintiff knee was hurting from going up and down the stairs, Grimes said she would take Plaintiff to Amcare for medical attention and never did, just continue to make Plaintiff work as a picker, no other employee was forced to work as a picker, initially they were asked and then volunteered, Plaintiff advised Grimes Plaintiff did not want to work as a picker but Grimes gave Plaintiff no choice in the matter, but gave Plaintiff's co-workers a choice.

3

Plaintiff was then required to work as a tote mover for three months by Plaintiff supervisor Shiva, to get Plaintiff out of the stower department, no other employee was ever required to do this only Plaintiff.

Shiva, Plaintiff's supervisor attempted to force Plaintiff to work on the dock against Plaintiff wish and did not attempt to force any of Plaintiff's co-workers to do so.

Shiva, Plaintiff's supervisor would always volunteer Plaintiff to work outside of his assigned department and this was not being done to any of Plaintiff's co-workers.

Plaintiff complained of the race discrimination to Shiva, my supervisor, and Corvin my PA, and Shiva threatened to discipline Plaintiff if I ever complain again about race discrimination, I would be disciplined, stating that Plaintiff remarks could effect team morale. Plaintiff replied to Shiva, that he will not and can not dictate to Plaintiff what he can say or not say.

Plaintiff then told Shiva that he stood their and watch the small items taken off the pallet and give to a Caucasian female and did nothing and it was on video, Plaintiff reported this to Human Resource department and Plaintiff was disciplined at the end of the day by Shiva.

That is just some of the race discrimination and retaliation but there is more.

Plaintiff is demanding a jury trial.

Plaintiff is asking for $60,000,000 dollars and/or the amount awarded by a jury, and/or a judge, and/or allowed by law.

Michel Thomas

1127 Eldridge Parkway #300-167 Houston, Texas 77077/ 770-255-8917/ Date March 7th, 2022

jumpstart0820@gmail.com